



## MEMORANDUM OPINION

No. 04-12-00016-CR

Helmut Rudolph **FEIT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A10-784
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  March 7, 2012

DISMISSED

      Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

We grant the motion, and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM